IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, LUIS SANTANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANTANA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: CV 14-9617  JCG<br><br>ORDER AWARDING EAJA FEES<br><br><br>JAY C. GANDHI<br>UNITED STATES MAGISTRATE JUDGE |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRED FIFTY DOLLARS ($4,250.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 10, 2015              _____
　　　　　　　　　　　　　　　　　　JAY C. GANDHI
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE